IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00498-RPM

JONATHAN HARRIS,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

---

## ORDER FOR DISMISSAL

---

Pursuant to the Joint Stipulation for Dismissal [11], filed on August 3, 2010, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own legal fees and costs.

Dated: August 3rd, 2010

    BY THE COURT:

    s/Richard P. Matsch
    _____
    Richard P. Matsch, Senior District Judge